1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8    ANTHONY MOSLEY,

9              Plaintiff,                    CIV. NO. S- 09-2359 JAM GGH PS

10         vs.

11   OPTION ONE MORTGAGE, et al.,

12            Defendants.                    ORDER AND
     _____/
13                                           ORDER TO SHOW CAUSE

14            Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to

15   Local Rule 72-302(c)(21).  Defendant American Home Mortgage Servicing, Inc.'s motion to

16   dismiss is presently noticed for hearing on the October 8, 2009, law and motion calendar of the

17   undersigned.  Opposition to motions, or a statement of non-opposition thereto, must be filed

18   fourteen days preceding the noticed hearing date.  E.D. Cal. L. R. 78-230(c).  Court records

19   reflect that plaintiff failed to file opposition or a statement of non-opposition to the motion.

20            Failure to comply with the Local Rules "may be grounds for imposition by the

21   Court of any and all sanctions authorized by statute or Rule or within the inherent power of the

22   Court."  E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

23   Additionally,  "[n]o party will be entitled to be heard in opposition to a motion at oral arguments

24   if written opposition to the motion has not been timely filed."  E.D. Cal. L. R. 78-230(c).[1]  Pro se

25   _____

26        [1]  Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a
     motion or may result in sanctions.  E.D. Cal. L. R. 78-230(j).

                                             1

1  litigants are bound by the rules of procedure, even though pleadings are liberally construed in

2  their favor.  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362,

3  1364-65 (9th Cir.1986).  The Local Rules specifically provide that cases of persons appearing in

4  propria persona who fail to comply with the Federal and Local Rules are subject to dismissal,

5  judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 83-183.

6          Good cause appearing, IT IS HEREBY ORDERED that:

7          1.  The hearing date of October 8, 2009 is vacated.  Hearing on defendant's

8  motion  is continued to October 29, 2009.

9          2.  Plaintiff shall show cause, in writing, no later than October 15, 2009 why

10  sanctions should not be imposed for failure timely to file opposition or a statement of non-

11  opposition to the pending motion.

12          3.  Plaintiff is directed to file opposition, if any, to the motion, or a statement of

13  non-opposition thereto, no later than October 15, 2009.  Failure to file opposition and appear at

14  hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition,

15  and shall result in a recommendation that this action be dismissed.

16  DATED: October 5, 2009

17                                    /s/ Gregory G. Hollows

18  _____
                                    GREGORY G. HOLLOWS
                                    U. S. MAGISTRATE JUDGE

19  GGH:076:Mosley2359.vac.wpd

20

21

22

23

24

25

26